**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **K.H., a minor by his parent and natural guardian, SHAMARRA HALEY, and SHAMARRA HALEY, in her own right** : <br> **249 Cardiff Way** : <br> **Bear, DE 19701** : <br>         **Plaintiff** : <br>   : <br>      **v.** : <br>   : <br> **TARGET CORPORATION** : <br> **1000 Nicollet Mall** : <br> **Minneapolis, MN 55403** : <br> **And** : <br> **MARSHALL FIELD STORES, INC. :** : <br> **1000 Nicollet Mall** : <br> **Minneapolis, MN 55403** : <br> **and** : <br> **KAZ USA, INC.** : <br> **1 Helen of Troy Plaza** : <br> **El Paso, TX 79912** : <br> **and** : <br> **HELEN OF TROY CORP.** : <br> **1 Helen of Troy Plaza** : <br> **EL Paso, TX 79912** : <br> **and** : <br> **ABC Company 1** : <br> **Fictitious Name for Unknown Business Entity Which Sold, Modified, Manufactured, Designed, Inspected, Repaired, Tested, Maintained and/or Marketed the Vick's Warm Mist Humidifier bearing Model # VWM845V2 involved in Plaintiff's accident on March 2, 2024** : <br> **And** : <br> **ABC Company 2** : <br> **Fictitious Name for Unknown Business Entity Which Sold, Modified, Manufactured, Designed, Inspected, Repaired, Tested, Maintained and/or Marketed the Vick's Warm Mist Humidifier bearing Model # VWM845V2** : | **CIVIL ACTION NO.: _____** |

1

|  |  |
| --- | --- |
| **involved in Plaintiff's accident on March 2, 2024** | **:** |
| **and** | **:** |
| **ABC Company 3** | **:** |
| **Fictitious Name for Unknown Business** | **:** |
| **Entity Which Sold, Modified,** | **:** |
| **Manufactured, Designed, Inspected,** | **:** |
| **Repaired, Tested, Maintained and/or** | **:** |
| **Marketed the Vick's Warm Mist** | **:** |
| **Humidifier bearing Model # VWM845V2** | **:** |
| **involved in Plaintiff's accident on March 2, 2024** | **:** |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA:

Defendant, Target Corporation (hereinafter collectively as "defendant"), by and through their attorneys, Rawle & Henderson LLP, hereby remove the above captioned action from the Court of Common Pleas of Philadelphia County to the United States District Court for the Eastern District of Pennsylvania, pursuant to U.S.C. § 1446(a). The grounds for removal are set forth as follows:

1.      On or about February 20, 2026, Plaintiff K.H., a minor by and through his parent and natural guardian, Shamarra Haley, and Shamarra Haley in her own right, commenced this action against Defendant in the Court of Common Pleas, Philadelphia County, Pennsylvania, Civil Action No. 260202890). *See* Complaint, attached as Exhibit "A."

2.      Plaintiffs allege that a humidifier product allegedly caused injuries to the Plaintiff on or about March 2, 2024. *Id*. at ¶¶ 22-31.

3.      Plaintiff asserts claims for strict product liability, negligence, recklessness, punitive damages, and seek recovery for damages including medical expenses, lost wages, loss of earning capacity and other compensatory damages. *Id*. at ¶¶ 33-67.

2

4. Plaintiffs' Complaint seeks damages "in excess of Fifty Thousand Dollars ($50,000)." *See* Exhibit "A."

5. Based upon the nature of the injuries alleged and the categories of damages sought, the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000) exclusive of interest and costs.

6. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332(a) because the matter in controversy exceeds $75,000 and is between citizens of different states. *See* 28 U.S.C. §1332(a).

7. Plaintiff, K.H, a minor resides with his parent and natural guardian, Shamarra Haley at 249 Cardiff Way, Bear, Delaware and is a citizen of the State of Delaware**.**

8. Defendant Target Corporation is a corporation incorporated in Minnesota and with its principal place of business in Minnesota and is therefore a citizen of Minnesota pursuant to 28 U.S.C. §1332(c)(1). *See* 28 U.S.C. §1332(c)(1).

9. Defendant Marshall Field Stores Inc. is an out of state corporation with its principal place of business outside Pennsylvania and is therefore not a citizen of Pennsylvania for purposes of 28 U.S.C. §1332(c)(1). *Id.*

10. Defendant Helen of Troy Limited is a Bermuda company and maintains its principal place of business in El Paso, Texas and is therefore a citizen of Texas for purposes of diversity jurisdiction pursuant to 28 U.S.C. §1332(c)(1). *Id.*

11. Defendant Helen of Troy Texas Corporation is an indirect wholly owned subsidiary of Helen of Troy Limited with its principal place of business in El Paso, Texas and is therefore a citizen of Texas pursuant to 28 U.S.C. §1332(c)(1). *Id.*

12. Defendant Kaz USA, Inc. is a subsidiary of Helen of Troy Texas Corporation with its principal place of business in Marlborough, Massachusetts and is therefore a citizen of Massachusetts pursuant to 28 U.S.C. §1332(c)(1). *Id.*

13. Plaintiff also names ABC Company 1, ABC Company 2, and ABC Company 3, which are fictitious defendants.

14. Accordingly, complete diversity of citizenship exists between Plaintiff and Defendants.

15. Defendant Target Corporation was served with the Complaint on or about February 25, 2026.

16. This Notice of Removal is filed within thirty (30) days of service of the initial pleading upon Target Corporation and is therefore timely under 28 U.S.C. §1446. *See* 28 U.S.C.S. § 1446(b)(1).

17. Upon information and belief, the remaining defendants have not been properly joined and served.

18. Accordingly, consent of the remaining defendants is not required pursuant to 28 U.S.C. §1446. *See* 28 U.S.C.S. § 1446(b)(2)(A).

19. The Court of Common Pleas of Philadelphia County lies within the Eastern District of Pennsylvania, and therefore, removal to this Court is proper pursuant to 28 U.S.C. §1441. *See* 28 U.S.C. §1441(a).

20. Defendant reserves the right to raise all defenses and objections in this action after it is removed to this Honorable Court.

21. No admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses, and motions are hereby reserved to Defendants.

22.     Pursuant to 28 U.S.C. § 1446(a), all process, pleadings with exhibits, and orders served upon removing Defendant in this action have been attached hereto as Exhibit "A." 28 U.S.C. § 1446(a).

23.     A true and correct copy of this Notice of Removal shall be filed with the Prothonotary of the Court of Common Pleas for Philadelphia County, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant requests that the above captioned action now pending in the Court of Common Pleas of Philadelphia County, Pennsylvania, be removed therefrom to this Honorable Court.

Respectfully submitted,

RAWLE & HENDERSON, LLP

By:_____
John C. McMeekin II, Esquire
Orville Walls III, Esquire
Centre Square West
1500 Market Street, 19th Floor
Philadelphia, PA 19102
215-575-4200
jmcmeekin@rawle.com
owalls@rawle.com

Attorneys for Defendant
Dated: 3/20/2026                    Target Corporation

5